# CASES DISPOSED OF BY PER CURIAM ORDER.

DELOATCH *v.* CUMMER Co., Northampton County. October 10.    Affirmed.

TERRY *v.* N. & C. RAILROAD Co., Bertie County.    October 10.    Affirmed.    This case is governed by *Culbreth v. Downing,* 121 N. C., 205, and *Narron v. R. Co.,* 122 N. C., 861.

JOHNSON *v.* N. & C. RAILROAD Co.    October 10.    Dismissed for failure to bring up and print material parts of record.

STATE *v.* DENTON, from Nash.    December 19.    Affirmed.

HIGH *v.* PANNILL, from Vance.    December 20.    Affirmed.

STATE *v.* SEAGROVES, from Wake.    December 19. Affirmed.

VASS *v.* McDONALD, from Wake.    October 24.    Affirmed.

COLLINS *v.* TEER, from Orange.    November 28.    Affirmed.

INGLEBRIGHT *v.* INGLEBRIGHT, from Alamance.    Plaintiff's appeal docketed and dismissed under Rule 17, October 26.

BERNARD *v.* HEWLETT, from New Hanover, December 20. Reversed.

HERRING *v.* PUGH, from Sampson.    Affirmed on authority of *Gattis v. Griffin,* at this term, December 5.

MITCHELL *v.* NOBLE, from Jones.    Defendant's appeal docketed and dismissed under Rule 17, November 1.

STATE *v.* FORD, from Richmond.    Dismissed December 19, on the ground that there is no bond on appeal or order allowing appeal in *forma pauperis.*

KENWORTHY *v.* EMMETT, from Cumberland.    Affirmed December 5.

BROWN *v.* W. & W. RAILROAD Co.    Affirmed November 14.

GEDDIE *v.* BREECE, from Cumberland.    Affirmed November 14.